*Charles M. Walker*
*signature*
Charles M. Walker
U.S. Bankruptcy Judge
Dated: 12/20/2016



UNITED STATES BANKRUPTCY COURT
IN THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE:                                                                  Case No. 3:15-bk-09010-CMW -13

Joe Arthur Powell, Jr.
2026 Abingdon Dr
La Vergne, TN 37086
SSN / ITIN: xxx-xx-7144

Debtor

### AGREED ORDER RESOLVING MOTION TO DISALLOW CLAIM 11

This matter, having come before the Court pursuant to the Motion to Disallow Claim 11 filed by Chapter 13 Trustee Henry H. Hildebrand III on June 08, 2016 at docket entry number 35, the Objection thereto filed by the Debtor on July 01, 2016 at docket entry number 36, and the Objection filed by Ocwen Loan Servicing LLC, hereinafter "Ocwen," filed on July 08, 2016 at docket entry number 39, and the Court, being fully advised, finds that all relevant parties are in agreement, as evidenced by the signatures of themselves or their respective counsel below. Therefore, due to the agreement of the parties and for other good cause shown, it is hereby ORDERED that said Motion is conditionally resolved as follows:

1. It is agreed that Claim 11 shall be amended by Ocwen within thirty (30) days from the date of entry of this Order and placed on Official forms 410 and 410A.

2. It is further agreed that, if Claim 11 is not amended within thirty (30) days from the date of entry of this Order, it will be disallowed without further notice or hearing before the Court.

3. It is also agreed that this Order shall not preclude any party's objection to the amended claim or objection to the amendment of the proof of claim.

4. It further understood and acknowledged that the Debtor shall not be charged back or responsible for any fees and/or charges incurred as a result of the Trustee's Motion to Disallow Claim, Ocwen's response thereto, or resolution thereof.

5. It is also understood and acknowledged that no disbursements shall be made on Claim 11 until said Claim is properly amended in accordance with the provisions of this Order.

**IT IS SO ORDERED.**


APPROVED FOR ENTRY:

/s/ Jerry Bridenbaugh
Jerry A. Bridenbaugh, Bar No. 033829
Attorneys for Ocwen
Mackie Wolf Zientz & Mann, P.C.
5217 Maryland Way, Suite 404
Brentwood, TN 37027
Direct Line: 615-238-3618
Main Office: 615-238-3630
Fax: 615-777-4517
jbridenbaugh@mwzmlaw.com


/s/ James Michael George (with permission)
JAMES MICHAEL GEORGE
ATTORNEY FOR DEBTOR
J. M. GEORGE AND ASSOCIATES
1451 ELM HILL PIKE
SUITE 205
NASHVILLE, TN 37210
615 360-6200
Fax : 615 360-8822
Email: 1mmgeorge@comcast.net

/s/ Henry E. Hildebrand, III

Digitally signed by /s/ Henry E. Hildebrand, III
DN: cn=/s/ Henry E. Hildebrand, III, c=US, o=chapter 13 trustee, ou=finance(51), email=pleadings@ch13nsh.com
Date: 2016.12.19 08:58:48 -06'00'

Henry Edward Hildebrand, III
Office of the Chapter 13 Trustee
PO Box 340019
Nashville, TN 37203-0019
615-244-1101
Fax 615-242-3241
pleadings@ch13nash.com

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.