*[signature]*
Charles M. Walker
U.S. Bankruptcy Judge
Dated: 3/28/2017



# United States Bankruptcy Court
## Middle District of Tennessee

| | | |
|---|---|---|
| In re | JOE ARTHUR POWELL, Jr. | |
| | Debtor | Case No. 15-09010-CW3-13 |
| Address | 2026 ABINGDON DR<br>La Vergne, TN 37086 | Chapter 13 |
| Last four digits of Social Security or Individual Tax-payer Identification (ITIN) No(s)..(if any): | xxx-xx-7144 | |
| Employer's Tax Identification (EIN) No(s). (if any): | | |

### ORDER TO BE ALLOWED TO AMEND THE CONFIRMATION TO INCLUDE POST PETITION CHANGES IN PAYMENT OF ON-GOING MORTGAGE CHANGES AND FEES REGARDING MORTGAGE(S)

It appearing to the Court, based upon the request of the Debtor, that the Debtor filed a Notice and Motion To Be Allowed to Amend the Confirmation to Include Post Petition Changes in Payment of On-going Mortgage Changes and Fees Regarding Mortgage(s); and appearing to the Court that there is no objection to the motion, it is, therefore,

ORDERED, the Debtor be Allowed to Amend the Confirmation to Include Post Petition Changes in Payment of On-going Mortgage Changes and Fees Regarding Mortgage(s) pursuant to the following provisions:

The Trustee may adjust the installment payments on Claim # 11 and the Debtor's payments into the plan in accordance with any Notice and Mortgage Payment Change filed under Rule 3002-1. The Trustee is further authorized to pay any postpetition fee, expense, or charge, notice of which is filed under Bankruptcy Rule 3002.1 and as to which no objection is raised, at the disbursement level as the arrearage. Furthermore, Debtor and Trustee shall have the right to Object to any future change made by Loancare LLC (fka Ocwen Loan Servicing LLC). The Trustee shall have the discretion to adjust the post petition regular payment in accordance with the Notice of Mortgage Payment Change and not to seek or alter or adjust the payments into the plan if the payment change is in the amount of $25 per month or less. Notice of any payment adjustment shall be provided to the Debtor, The Debtor's attorney, the Creditor, and the U.S. Trustee.

It is so **ORDERED**.

This Order was signed and entered
Electronically as indicated at the top
Of the first page.

APPROVED FOR ENTRY:
J M GEORGE & ASSOCIATES

/S/JAMES M. GEORGE
JAMES M. GEORGE, BPR #011822
Attorney for Debtor(s)
1451 Elm Hill Pike, Suite 205
Nashville TN 37210
(615) 360-6200; FAX No: (615) 360-8822
Email: 1mmgeorge@comcast.net

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy