Charles M. Walker
U.S. Bankruptcy Judge
Dated: 7/26/2017



**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

IN RE: CASE NO. 15-09010-CW3-13

JOE ARTHUR POWELL JR
2026 ABINGDON DR
LA VERGNE, TN 37086
SSN XXX-XX-7144

**AMENDED**

## ORDER AND NOTICE TO MODIFY CHAPTER 13 PLAN TO MODIFY CONTINUING PAYMENT PURSUANT TO PARAGRAPH 4(d)(iii) OF CONFIRMATION ORDER

It appearing to the Court that the Order confirming the Debtors chapter 13 plan provides for the maintenance and cure of a long term payment pursuant to section 1322(b)(5) and that the plan specifically authorizes the court to alter the maintenance payments based upon the notice by the trustee that the underlying contract authorizes such modification without the necessity of hearing,

It further appears that, by submission of this order the Trustee has submitted such notice, it is therefore

ORDERED that the Debtors plan be amended as follows:

The continuing **mortgage** payment made to **LOANCARE LLC** shall increase from **$724.14 to $772.37** beginning with the **07/16** disbursement.

The continuing **mortgage** payment made to **LOANCARE LLC** shall increase from **$772.37 to $815.94** beginning with the **01/17** disbursement.

The continuing **mortgage** payment made to **LOANCARE LLC** shall increase from **$815.94 to $858.21** beginning with the **07/17** disbursement.

APPROVED FOR ENTRY:

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN 37203
PHONE: 615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

**NOTICE TO:**

JOE ARTHUR POWELL JR 2026 ABINGDON DR, LA VERGNE, TN 37086

JAMES M GEORGE 1451 ELM HILL PIKE STE 205, NASHVILLE, TN 37210

LOANCARE LLC 3637 SENTARA WAY, VIRGINIA BEACH, VA 23452

MACKIE WOLF ZIENTZ AND MANN ATTYS PREMIER BLDG STE 404, 5217 MARYLAND WAY, BRENTWOOD, TN 37027

**AFFECTED CREDITORS**

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.