Form hrgnot2

# UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

---

Bankruptcy Proceeding No. 3:15−bk−09010
Chapter 13
Judge Charles M Walker

In Re:
   JOE ARTHUR POWELL Jr.
   2026 ABINGDON DR
   La Vergne, TN 37086

Social Security No.
   xxx−xx−7144

Employer's Tax I.D. No.

---

PLEASE TAKE NOTICE that a hearing will be held at:

Courtroom 1, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203 on 10/10/18 at 08:30 AM

to consider and act upon the following:

Motion for Contemp and Show Cause against Creditor WVMF Funding LLC and Statebridge Co., (Servicer) − (*Parties Shall Comply with LBR 9014−1)

Dated: 9/20/18                                                            /s/ MATTHEW T LOUGHNEY
                                                                                         Clerk, U.S. Bankruptcy Court