IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| JOE ARTHUR POWELL, JR. | ) CASE NO: 315-09010 |
| SSN: XXX-XX-7144 | ) JUDGE: CHARLES M WALKER |
| | ) |
| Debtor(s). | ) |
| Movant | ) |
| Vs. | ) |
| WVMF FUNDING, LLC | ) |
| AND STATEBRIDGE COMPANY | ) |
| (SERVICER), | ) |
| Respondents. | ) |
| | ) |

## DEBTOR'S RESPONSE TO WVMF FUNDING, LLC AND STATEBRIDGE COMPANY (SERVICER) RESPONSE TO DEBTOR'S MOTION FOR CONTEMPT AND SHOW CAUSE

Come(s) the Debtor(s), James Arthur Powell, Jr., through his attorney of record, J. M. GEORGE & ASSOCIATES, and files his response to his mortgage creditor's, WVMF Funding, LLC and Statebridge Co. (servicer) to Debtor's Motion for Contempt and Show Cause:

1. Affirms. Debtor believes that his present creditor, WVMF Funding, LLC and Statebridge Co. (servicer), is the holder of his mortgage and stands in the place of all transfers and is thereby liable for any prior act improperly done against the Debtor as well as their own.
2. Affirms. Debtor's mortgage payments included his property taxes and homeowners insurance which were to be paid by his mortgage creditor. Debtor shows (See Exhibit _A_) that such payments were paid to Statebridge Co. (servicer), through payments made through the Chapter 13 Trustee on behalf of the Debtor.
3. Affirms. Debtor has believed his homeowners insurance was paid to Tenn. Farm Bureau from his mortgage creditor from his mortgage escrow. Due to funds not being properly applied Debtor has a loss of a garage leak in the amount of approximately $16,000. (See Exhibit _B_).
4. Denies in part. Although Statebridge Co. (servicer) was the holder of mortgage in May 2018, it has accepted mortgage monies from the Chapter 13 Trustee for the purpose of paying Debtor's homeowner's

insurance and thereby cannot escape past acts of it's responsibilities to the Debtor. It's recourse may be against Rescap Liquidating Trust and serviced by LoanCare, LLC but Debtor asserts that it is not his responsibility in this case especially due to documents being accessible to each other.

5. Denies. Debtor asserts that WVMF Funding, LLC and Statebridge Co. (servicer), are the present holder of Debtor's mortgage and are obligated to not only collect the mortgage payments but apply them correctly as to mortgage escrow provisions including paying Debtor's mortgage insurance. By not applying the funds correctly, they are in violation of the automatic stay 11 USC § 362 and should be held liable.

WHEREFORE, based upon the foregoing premises, Debtor prays the Court will award against WVMF Funding, LLC (Debtor's mortgage company) and/or Statebridge Co. (mortgage servicer), all attorney fees and damages to the Debtor including a $10,000 punitive damage award, the damage claim that his homeowners insurance could not pay and all other damages the Court deems appropriate in this action on behalf of the Debtor in violation of the Automatic Stay 11 U.S.C.§ 362 and other pertinent Orders of the case.

Respectfully submitted,

J.M. GEORGE & ASSOCIATES

/S/ JAMES M. GEORGE
JAMES M. GEORGE, BPR #011822
Attorney for Debtor(s)
1451 Elm Hill Pike, Suite 205
Nashville, TN 37210
(615) 360-6200; Fax No: (615) 360-8822
Email: 1mmgeorge@comcast.net

# EXHIBIT A

**Claim 2 STATEBRIDGE COMPANY**

(Use CTRL-P to Print this Page)

00000
(000) 000-0000

Close Window

Next Disbursement Info

## CLAIM DETAIL

| | |
|---|---|
| Case Number | 1509010 |
| Creditor | STATEBRIDGE COMPANY |
| Trustee's Claim Number | 2 |
| Court's Claim Number | 11 |
| Claim Type | D - MTG-ON GOING MTG PYMT (S) |
| Claim Filed Date | Friday, January 13, 2017 |
| Mortgage Due Date | Monday, October 01, 2018 |



Disbursements to this Claim

## CLAIM AMOUNTS

| | |
|---|---|
| Claimed Amount | $0.00 |
| Scheduled Amount | $111,107.00 |
| Amount Paid Outside | $0.00 |
| Monthly Payment | $718.00 |
| Principal Owed | $0.00 |
| Principal Paid | $24,770.16 |
| Principal Due | $0.00 |
| Interest Rate | 0.00 |
| Interest Paid | $0.00 |
| Interest Due | $0.00 |
| Collateral Value | $140,200.00 |
| Collateral Description | |
| Limit | $0.00 |
| Plan Code | $0.00 |
| Percent Allowed | 100.00 |
| Months to Calculate | 0.00 |

## CLAIM FLAGS

| | |
|---|---|
| Payee Level | 21 |
| Comment | MTG CONT-2026 ABINGDON DR-FILE A/PER A/O 12/20/16 CLAIM TO BE AMENDED W/IN 30 DAYS/OCWEN AMENDED |
| Account Number | xxxxxxxxxxxxxx3971 |

No Cost
No Check
Delete
Reserve
Stop Disbursement
Continuing     Continuing Debt
Special

## CREDITOR INFORMATION

| | |
|---|---|
| Creditor Name | STATEBRIDGE COMPANY |
| Address 1 | |
| Address 2 | |
| Address 3 | |
| Zip Code | 00000-0000 |
| Contact Name | |
| Phone Number | (000) 000-0000 |
| Creditor Number ShortCut | |

## PAYMENT HISTORY FOR CLAIM 2 - STATEBRIDGE COMPANY

(Latest Payments First)     Insurance-     Prev. Cred-

| Disb Date | Check Number | Payee Name | Type | Amount |
|---|---|---|---|---|
| 9/30/2018 | 3824917 | STATEBRIDGE COMPANY | AMOUNTS DISBURSED TO CREDITOR | $830.34 |
| 8/31/2018 | 3818164 | STATEBRIDGE COMPANY | AMOUNTS DISBURSED TO CREDITOR | $830.34 |
| 7/31/2018 | 3810943 | STATEBRIDGE COMPANY | AMOUNTS DISBURSED TO CREDITOR | $830.34 |
| 6/30/2018 | 3803784 | STATEBRIDGE COMPANY | AMOUNTS DISBURSED TO CREDITOR | $2,351.73 |
| 6/5/2018 | 3772827 | LOANCARE LLC | CONTINUING DEBT/PAYMENTS CANCELLED TO PRINCIPAL | ($1,567.82) |
| 5/31/2018 | 3796559 | STATEBRIDGE COMPANY | AMOUNTS DISBURSED TO CREDITOR | $1,567.82 |
| 3/31/2018 | 3780048 | LOANCARE LLC | AMOUNTS DISBURSED TO CREDITOR | $783.91 |
| 2/28/2018 | 3772827 | LOANCARE LLC | AMOUNTS DISBURSED TO CREDITOR | $1,567.82 |
| 1/31/2018 | 3765890 | LOANCARE LLC | AMOUNTS DISBURSED TO CREDITOR | $858.21 |
| 11/30/2017 | 3750504 | LOANCARE LLC | AMOUNTS DISBURSED TO CREDITOR | $858.21 |
| | | | AMOUNTS | |

p. 1 of 2

| | Additional Names and Addresses | Date of Last Change |
|---|---|---|
| Payee: | OCWEN LOAN SERVICING LLC • • • • 00000 | 12/30/2015 |
| | LOANCARE LLC • • • • 00000 | 1/16/2017 |
| | STATEBRIDGE COMPANY • • • • 00000 | 5/3/2018 |
| | LOANCARE LLC • • • • 00000 | 5/11/2018 |
| | STATEBRIDGE COMPANY • • • • 00000 | 5/11/2018 |
| Scheduled: | OCWEN LOAN SERVICING LLC • • • • 00000 | 12/30/2015 |
| Notice: | OCWEN LOAN SERVICING LLC • • • • 00000 | 12/30/2015 |
| | LOANCARE LLC • • • • 00000 | 1/16/2017 |
| | STATEBRIDGE COMPANY • • • • 00000 | 5/3/2018 |
| | LOANCARE LLC • • • • 00000 | 5/11/2018 |
| | STATEBRIDGE COMPANY • • • • 00000 | 5/11/2018 |
| Attorney for Creditor: | OCWEN LOAN SERVICING LLC • • • • 00000 | 12/30/2015 |
| | JOHN ROAN • • • • 00000 | 7/14/2016 |
| | MACKIE WOLF ZIENTZ AND MANN ATTYS • • • • 00000 | 10/27/2016 |

| | | | | |
|---|---|---|---|---|
| 10/31/2017 | 3743302 | LOANCARE LLC | DISBURSED TO CREDITOR | $858.21 |
| 9/30/2017 | 3735953 | LOANCARE LLC | AMOUNTS DISBURSED TO CREDITOR | $1,716.42 |
| 8/31/2017 | 3728561 | LOANCARE LLC | AMOUNTS DISBURSED TO CREDITOR | $1,698.39 |
| 6/30/2017 | 3713311 | LOANCARE LLC | AMOUNTS DISBURSED TO CREDITOR | $724.14 |
| 5/31/2017 | 3705439 | LOANCARE LLC | AMOUNTS DISBURSED TO CREDITOR | $724.14 |
| 4/30/2017 | 3697734 | LOANCARE LLC | AMOUNTS DISBURSED TO CREDITOR | $724.14 |
| 3/31/2017 | 3689970 | LOANCARE LLC | AMOUNTS DISBURSED TO CREDITOR | $724.14 |
| 2/28/2017 | 3682255 | LOANCARE LLC | AMOUNTS DISBURSED TO CREDITOR | $724.14 |
| 1/31/2017 | 3674802 | LOANCARE LLC | AMOUNTS DISBURSED TO CREDITOR | $7,965.54 |

| Due Date Step Payments | |
|---|---|
| Start Date | Amount |
| 3/1/2016 | $724.14 |
| 7/1/2017 | $1,698.39 |
| 8/1/2017 | $858.21 |
| 1/1/2018 | $783.91 |
| 7/1/2018 | $830.34 |

## PAYEE NOTES

SC
JC

## PAYEE FIELDS DESCRIPTIONS

**No Cost** — A "Y" in this field indicates the system will not calculate trustee fees on disbursements to this claim.

**No Check** — Code which indicates the claim should not be paid or will limit the amount the claim is paid. The valid options are as follows:

- O   Indicates claim is to be paid outside

*P2 of 2*

EXHIBIT B



**Roofing Services & Solutions**
Nashville Roofing & Sheet Metal Division

Joe Powell
Residence located at:
2026 Abingdon Dr
LaVergne, TN

October 8, 2018

Mr. Powell:

This proposal is for the reroof of your house in LaVergne, TN. Our scope of work will be as follows:

### "Tear off existing 3-tab shingle roof and install new shingle roof"

1. We will tear off existing roof system down to the wood decking and dispose of off-site.
2. We will remove all sealant and metal flashings around dormers.
3. We will verify wood decking and replace as needed (see add/alternate).
4. Once deck is verified, we will attach Ice and Water shield around entire perimeter and in valleys and ridges, as required by NRCA standards.
5. We will then mechanically attach 30# felt to entire area of decking.
6. We will mechanically attach starter shingles and begin shingling roof area.
7. We will install new ridge vent and ridge cap shingles for appropriate ventilation.
8. We will install new pipe boots and new box vents where currently located.
9. At dormers, we will install counterflashing on all sides and seal appropriately.
10. Existing gutters and downspouts to remain

The proposed price to complete the above-mentioned scope of work will be $16,000.00.

### *Add/Alternate Pricing

- The deck throughout the roof looks to be structurally sound, but some areas may need to be replaced for safety and warranty purposes. Removal and replacement of bad decking will be $6.01 per square foot and will only be done as needed. We will provide documentation for any sections to be repaired or replaced.

We appreciate the opportunity to provide this quote and hope we may be of service. If there are any questions regarding this proposal, please feel free to contact me.

Thanks,

Justin Wheatley
R.S.S. Roofing Services and Solutions
jwheatley@roofingsands.com  cell # 615-513-7981

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 19, 2018, a true and correct copy of the foregoing was emailed via Bankruptcy Court to Bret J. Chaness, Attorney for Statebridge Co. at bchaness@rubinlublin.com; the U.S. Trustee at ustpregion08.na.ecf@usdoj.gov and the Chapter 13 Trustee at hhecf@ch13nsh.com. A copy of same was mailed first class, postage prepaid to:

Statebridge Co.
5680 Greenwood Plaza Blvd.
Suite 100 S
Greenwood Village, CO 80111

WVMF Funding, LLC
5680 Greenwood Plaza Blvd.
Suite 100 S
Greenwood Village, CO 80111

Bret J. Chaness, Attorney
Rubin Lublin TN, PLLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners,, GA 30071

and to the Debtor(s).

                                            /S/ JAMES M. GEORGE
                                            JAMES M. GEORGE

MAILINGS: 4