# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE:<br><br>JOE ARTHUR POWELL, JR.,<br><br>　　　　Debtor. | Case No. 3:15-bk-09010<br><br>Chapter 13<br><br>Judge Walker |
| JOE ARTHUR POWELL, JR.,<br><br>　　　　Movant,<br><br>v.<br><br>WVMF FUNDING, LLC and STATEBRIDGE COMPANY (SERVICER),<br><br>　　　　Respondents. | **CONTESTED MATTER** |

## AGREED ORDER CONTINUING HEARING ON MOTION FOR CONTEMPT AND TO SHOW CAUSE

The Debtor's Motion for Contempt and to Show Cause [Doc. 84] against WVMF Funding, LLC and Statebridge Company, LLC is currently scheduled for October 24, 2018, at 8:30 a.m. Upon agreement of the Parties, the hearing is rescheduled for **November 14, 2018, at 8:30 a.m.**, in Courtroom 1, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203.

# # #

1

**CONSENTED TO:**

*/s/ Bret J. Chaness*
BRET J. CHANESS (BPR # 31643)
**RUBIN LUBLIN TN, PLLC**
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(678) 281-2730 (Telephone)
(404) 921-9016 (Facsimile)
bchaness@rubinlublin.com
*Attorney for WVMF Funding, LLC and Statebridge Company, LLC*


*/s/ James M. George (by BJC w/ permission)*
JAMES M. GEORGE (BPR # 011822)
**J.M. George & Associates**
1451 Elm Hill Pike, Suite 205
Nashville, TN 37210
(615) 360-6200; Fax No: (615) 360-8822
1mmgeorge@comcast.net
*Attorney for Debtors*

/s/ Henry E. Hildebrand, III

Digitally signed by /s/ Henry E. Hildebrand, III
DN: cn=/s/ Henry E. Hildebrand, III, c=US, o=chapter 13
trustee, ou=finance(51), email=pleadings@ch13nsh.com
Date: 2018.10.22 13:49:17 -05'00'

HENRY E. HILDEBRAND, III
Chapter 13 Trustee
P.O. Box 340019
Nashville, TN 37203-0019
(615) 244-1101 (Telephone)
(615) 242-3241 (Facsimile)
pleadings@ch13nsh.com