IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE:<br>JOE ARTHUR POWELL JR<br>2026 ABINGDON DRIVE<br>LAVERGNE TN 37086<br>SSN: XXX-XX-7144<br><br>Debtor(s). | ) CHAPTER 13<br>) CASE NO: 315-09010<br>) JUDGE: CHARLES M. WALKER<br>)<br>)<br>)<br>) Response Date: 6/4/2019 |

Hearing Date: 6/12/2019 at 8:30 am, Court Room 1, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203

### DEBTOR'S OBJECTION TO TRUSTEE'S MOTION TO DISMISS FOR CAUSE FOR FAILURE OF DEBTOR TO FULLY DISCLOSE LIABILITIES

Come(s) the Debtor(s), Joe Arthur Powell Jr, through his attorney of record, J. M. GEORGE & ASSOCIATES, and requests the Court to deny the Trustee's Motion to Dismiss For Cause For Failure of Debtor to Fully Disclose Liabilities as to Claim #12 filed by State of Tennessee, DHS Child Support in the amount of $10,358.

As a basis for the Debtor's objection, Debtor states upon filing his Chapter 13 Bankruptcy case on 12/15/2015, he had no knowledge of owing any back child support. Furthermore, the Debtor has filed a Motion to Disallow Claim # 12 filed by State of Tennessee, DHS Child Support in the amount of $10,358.

WHEREFORE, based upon the foregoing premises, Debtor(s) prays the Court will grant an Order denying the Trustee's Motion to Dismiss For Cause For Failure of Debtor to Fully Disclose Liabilities.

Respectfully submitted,

J. M. GEORGE & ASSOCIATES

/s/ JAMES M. GEORGE

JAMES M. GEORGE, BPR #011822
Attorney for Debtors
1451 Elm Hill Pike, Suite 205
Nashville TN 37210
Telephone: (615) 360-6200
Fax: (615) 360-8822
1mmgeorge@comcast.net

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certifies that on the June 2, 2019 a true and correct copy of the foregoing has been served in the following manner: Email by Electronic Case Noticing to: US Trustee. and to the Chapter 13 Trustee. A copy of same was mailed first class, postage prepaid to the Debtor.

JAMES M. GEORGE
JAMES M. GEORGE

Mailings: 1